THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH BRAVATTA, Appellant, against VERNON A. MORHOUS, as Warden of Great Meadow Prison, Respondent.—

All concur.